TYPE OF HEARING: **R5 - REVO**
CASE NUMBER: **21mj299**
MAGISTRATE JUDGE: John F. Anderson
DATE: **8/9/22**
TIME: **10AM**
TAPE: FTR RECORDER

EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

VS.

**Abdulai S. Turay**

GOVT. ATTY: **Jacqueline Campiane**

DEFT'S ATTY: **Valencia Roberts**

DUTY AFPD: _____

INTERPRETER/LANGUAGE _____

DEFT CONSENTS TO PROCEED WITH VIDEO CONFERENCE ( )
DEFT INFORMED OF RIGHTS, CHARGES AND PENALTIES ( )
DEFT INFORMED OF THE VIOLATION(S) (X)
COURT TO APPOINT COUNSEL ( )   FPD ( ) CJA ( ) Conflict List ( )
Counsel for the parties and the defendant were orally advised of the disclosure obligations set forth in Brady v. Maryland, 373 U.S. 83 (1963) and its progeny. ( )

**Deft admits to the violations - Matter continued.**

BOND _____

NEXT COURT APPEARANCE **8/16/22**   TIME **10AM**
**Pro-Revo-JFA**

**14 min.**